IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| SAUL ROSADO CARABALLO | * | CASE NO. 14-05160-MCF |
| DEBTOR | * | CHAPTER 13 |

CERTIFICATE OF SERVICE
RE: DEBTOR'S INFORMATIVE MOTION, DOCKET #34,
AND IN COMPLIANCE WITH ORDER, DOCKET #36

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for debtor, certify that on September 9, 2015, a true copy of the debtor's *Informative Motion RE: Evidence of Payments made to DSO Recipient (Mrs. Pedraza) and In Compliance with Order, docket #31* (docket #34), in the above captioned case, was sent via regular U.S. mail to the following:

1. **Liliana Rodriguez-Rodriguez, Esq., Counsel for Arlene Pedraza Montanez, PO Box 9688 Caguas, PR 00726.**

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 9th day of September, 2015.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR DEBTOR
PO BOX 186 CAGUAS PR 00725
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com